[No. 6223–6–III.   Division Three.   June 25, 1985.]

DENNIS NICHOLS, *Appellant,* v. BAKER MATERIAL HANDLING CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 27498, Duane E. Taber, J., entered December 5, 1983. *Affirmed* by unpublished opinion per

Green, C.J., concurred in by Munson and Thompson, JJ.